Jonathan Z. King, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

Attorneys for Plaintiff
H YOUNG (OPERATIONS) LIMITED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H YOUNG (OPERATIONS) LIMITED          :     Civil Action File No.
                                       :
                Plaintiff,             :
                                       :     **RULE 7.1 STATEMENT**
        -against-                      :
                                       :
TARGET CORPORATION and STEVEN          :
MADDEN, LTD.,                          :
                                       :
                Defendants.            :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff H Young (Operations) Limited certifies that:

H Young (Operations) Limited's parent company is H Young Holdings PLC.

There is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: New York, New York
       October 23, 2014

                                COWAN, LIEBOWITZ & LATMAN, P.C.

                                By:_____
                                    Jonathan Z. King

                                1133 Avenue of the Americas
                                New York, New York 10036-6799
                                (212) 790-9200

                                Attorneys for Plaintiff

30430/000/1547560.1